**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1208**

---

ROSARIO A. FIORANI, JR.,

Plaintiff - Appellant,

versus

FORD MOTOR CREDIT COMPANY; UNIVERSAL UNDER-
WRITERS INSURANCE COMPANY; JASON MINARD; JAMES
A. METCALF,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  T.S. Ellis, III, District Judge.
(CA-98-1712-A)

---

Submitted:  July 20, 1999          Decided:  September 9, 1999

---

Before NIEMEYER and LUTTIG, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Rosario A. Fiorani, Jr., Appellant Pro Se.  George Richard Pitts,
Guy Sterling Neal, DICKSTEIN, SHAPIRO, MORIN & OSHINSKY, L.L.P.,
Washington, D.C.; William Joseph Virgulak, Jr., Anthony Eugene
Grimaldi, MARTELL, DONNELLY, GRIMALDI & GALLAGHER, P.A., Fairfax,
Virginia; Harold O. Miller, Sarasota, Florida, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rosario A. Fiorani, Jr. appeals the district court's order dismissing his civil action without prejudice for lack of subject matter jurisdiction. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fiorani v. Ford Motor Credit Co., No. CA-98-1712-A (E.D. Va. Jan. 11, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED